Douglas E. Dexter (State Bar No. 115868)   *ddexter@fbm.com*
Mary H. Fong (State Bar No. 245986)   *mfong@fbm.com*
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Amazon.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GERALD BROUSSARD,<br><br>            Plaintiff,<br><br>        vs.<br><br>AMAZON, INC.,<br><br>            Defendant. | Case No. 5:19-cv-00703 NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Magistrate Judge Nathanael Cousins<br><br>Trial Date:      March 20, 2020 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), Plaintiff Gerald Broussard and

Defendant Amazon.com, Inc. hereby stipulate and request that this action be dismissed with

prejudice, including all claims and counterclaims asserted, and that each party bear their own

//////////

//////////

//////////

//////////

//////////

//////////

//////////

//////////

STIPULATION AND [~~PROPOSED~~] ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. 5:19-cv-00703 NC

37112\12577822.1

1  costs, expenses, and attorneys' fees.

2  Dated: July 19, 2019                    FARELLA BRAUN + MARTEL LLP

3

4                                          By:

5                                                Douglas E. Dexter

6                                          Attorneys for Defendant Amazon.com, Inc.

   Dated: July 22, 2019
7

8                                          By:

9                                                Gerald Broussard, Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR          2          37112\12577822.1
DISMISSAL WITH PREJUDICE
Case No. 5:19-cv-00703 NC

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___August 21, 2019___

GRANTED

Judge Nathanael M. Cousins

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. 5:19-cv-00703 NC

3

37112\12577822.1